1   Sarah R. London (State Bar No. 267083)
    slondon@lchb.com
2   Tiseme G. Zegeye (State Bar No. 319927)
    tzegeye@lchb.com
3   Lieff Cabraser Heimann & Bernstein, LLP
    275 Battery Street, 29th Floor
4   San Francisco, CA  94111-3339
    Telephone:  415.956.1000
5   Facsimile:  415.956.1008

6   Hannah R. Lazarz (*pro hac vice forthcoming*)
    hlazarz@lchb.com
7   Lieff Cabraser Heimann & Bernstein, LLP
    222 2nd Avenue South, Suite 1640
8   Nashville, TN  37201-2379
    Telephone:  615.313.9000
9   Facsimile:  615.313.9965

10  *Attorneys for Plaintiffs JAMIE WOODS and LEE
    WOODS*

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  JAMIE WOODS and LEE WOODS,            Case No. 4:24-cv-01745-JST

15              Plaintiffs,               **NOTICE OF VOLUNTARY
                                          DISMISSAL WITHOUT PREJUDICE**
16  v.

17  THE COOPER COMPANIES, INC.;
18  COOPERSURGICAL, INC.; and DOES 1-
    10, inclusive,
19
                Defendants.
20

21

22          Plaintiffs JAMIE WOODS and LEE WOODS hereby give notice of the voluntary

23  dismissal of their action as to all defendants, without prejudice, pursuant to Fed. R. Civ. P.

24  41(a)(1)(A)(i), no defendants having served an answer or a motion for summary judgement.

25

26

27

28

Dated:  December 17, 2024

Respectfully submitted,

 /s/ Sarah R. London
Sarah R. London (State Bar No. 267083)
slondon@lchb.com
Tiseme G. Zegeye (State Bar No. 319927)
tzegeye@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Hannah R. Lazarz (*pro hac vice forthcoming*)
hlazarz@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Suite 1640
Nashville, TN  37201-2379
Telephone:  615.313.9000
Facsimile:  615.313.9965

*Attorneys for Plaintiffs JAMIE WOODS and LEE WOODS*

NOTICE OF VOLUNTARY DISMISSAL W/O PREJUDICE
CASE NO. 4:24-CV-01745-JST